IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JORGE GONZALEZ, on behalf of himself and all other persons similarly situated, known and unknown, | )<br>)<br>)<br>) | |
| Plaintiff, | )<br>) | Case No. 1:20-cv-04354 |
| v. | )<br>)<br>) | Judge Thomas M. Durkin |
| RICHELIEU FOODS, INC., | )<br>)<br>) | Magistrate Judge Heather K. McShain |
| Defendant. | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR**
**<u>PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT</u>**

For the reasons stated in his accompanying Memorandum of Law, Plaintiff, on behalf of himself and the settlement class he seeks to represent, moves this Court to grant preliminary approval of the proposed class action settlement and enter his proposed Preliminary Approval Order, which Plaintiff will email to the Court's proposed order email address. Defendant does not oppose this motion.

Dated: July 1, 2021

Respectfully submitted,

/s/Zachary C. Flowerree
*One of Plaintiff's Attorneys*

Douglas M. Werman
dwerman@flsalaw.com
Zachary C. Flowerree
zflowerree@flsalaw.com
**WERMAN SALAS P.C.**
77 W. Washington Street, Suite 1402
Chicago, IL 60602
(312) 419-1008

*Attorneys for Plaintiff and*
*Others Similarly Situated*

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a true and correct copy of the foregoing was filed with the Court's CM/ECF filing system on July 1, 2021, which will serve a copy on all counsel of record.

/s/ *Zachary C. Flowerree*
*One of the Attorneys for Plaintiff*