## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| JORGE GONZALEZ, on behalf of himself and all other persons similarly situated, known and unknown, | )<br>)<br>) |
| Plaintiff, | ) Case No. 1:20-cv-04354<br>)<br>) Judge Thomas M. Durkin |
| v. | )<br>) Magistrate Judge Heather K. McShain |
| RICHELIEU FOODS, INC., | )<br>) |
| Defendant. | ) |

## PLAINTIFF'S UNOPPOSED MOTION FOR
## FINAL APPROVAL OF CLASS ACTION SETTLEMENT

For the reasons stated in his accompanying Memorandum of Law, Plaintiff, on behalf of himself and members of the Settlement Class, requests that the Court grant final approval of the parties' class action settlement and enter his proposed Final Approval Order, which Plaintiff will email to the Court's proposed order email address.

Respectfully submitted,

Dated: January 14, 2022

/s/Douglas M. Werman
*Attorney for Plaintiff and
the Settlement Class*

Douglas M. Werman
(dwerman@flsalaw.com)
**Werman Salas P.C.**
77 W. Washington Street, Suite 1402
Chicago, IL 60602
(312) 419-1008

*Attorney for Plaintiff and the
Settlement Class*

1

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that a true and correct copy of the foregoing was served on Defendant's counsel of record via the Court's electronic case filing system on the date reflected in the Court's electronic case filing records.

/s/Douglas M. Werman