# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Jorge Gonzalez

                        Plaintiff,

v.                                                Case No.: 1:20−cv−04354

                                                                          Honorable Thomas M. Durkin

Richelieu Foods, Inc.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 24, 2022:

      MINUTE entry before the Honorable Thomas M. Durkin: Telephone hearing on the motion for final approval of class action settlement and motion for attorney fees held on 1/24/2022. No one was present to object to the motions. The motion for for final approval of class action settlement [40] is granted and the motion for attorney fees [35] is granted. Enter order. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.